UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

)
MOMENTA PHARMACEUTICALS, INC.                    )
and SANDOZ INC.,                                 )
            Plaintiffs,                     )
                                                 )
            v.                              )      Civil Action No. 11-11681-NMG
                                                 )
AMPHASTAR PHARMACEUTICALS, INC.,                 )
INTERNATIONAL MEDICATION SYSTEMS, LTD.)
and WATSON PHARMACEUTICALS, INC.,                )
                                                 )
            Defendants.                     )
_____)

## PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiffs Momenta Pharmaceuticals, Inc. ("Momenta")

and Sandoz Inc. ("Sandoz") (collectively, "Plaintiffs") hereby move for a temporary restraining

order and preliminary injunction prohibiting Defendants Amphastar Pharmaceuticals, Inc.

("Amphastar"), International Medication Systems, Ltd. ("IMS") and Watson Pharmaceuticals,

Inc. ("Watson") from selling a generic version of enoxaparin, a low molecular weight heparin

product, made by a process that infringes Momenta's United States Patent Nos. 7,575,886 (the

"'886 patent") and 7,790,466 (the "'466 patent").

Specifically, as set forth more fully in the accompanying memorandum and supporting

declarations, the Plaintiffs have established that:  1) based on publically available information, it

is highly likely that the Defendants' process of manufacturing generic enoxaparin infringes the

claims of each of the '866 and '466 patents (the Plaintiffs also have filed herewith a motion for

limited expedited discovery in order to obtain targeted discovery from the Defendants that will

confirm details of the Defendants' manufacturing process); 2) the Plaintiffs will suffer immediate

irreparable harm if the Defendants are not enjoined from launching their product made by

infringing Momenta's patents; 3) the balance of hardships favors granting a temporary restraining order and preliminary injunction; and 4) the public interest favors an injunction.

**WHEREFORE,** for the reasons set forth herein and more fully in the accompanying Memorandum In Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and the supporting declarations filed herewith, Plaintiffs respectfully request that this Court immediately issue a temporary restraining order enjoining the Defendants from selling their infringing generic enoxaparin product in the United States for a period of at least fourteen days or until the Court conducts a full hearing on this motion and, thereafter, issue a preliminary injunction enjoining the Defendants from selling their infringing enoxaparin product during the pendency of this litigation.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), plaintiffs respectfully request that this Court schedule a hearing on this motion.

Respectfully submitted,

MOMENTA PHARMACEUTICALS, INC. and
SANDOZ INC.,

By their attorneys,


/s/ Courtney M. Schou
Robert S. Frank, Jr. (BBO No. 177240)
*rfrank@choate.com*
Eric J. Marandett (BBO No. 561730)
*emarandett@choate.com*
Jessica Gan Lee (BBO No. 670970)
*jlee@choate.com*
Courtney M. Schou (BBO No. 671104)
*cschou@choate.com*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110

Tel.:  (617) 248-5000
Fax:  (617) 248-4000

*Attorneys for Plaintiff*
*Momenta Pharmaceuticals, Inc.*

- and -

Sarah Chapin Columbia (BBO #550155)
*scolumbia@mwe.com*
Melissa Nott Davis (BBO #654546)
*mndavis@mwe.com*
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel.: (617) 535-4000
Fax:  (617) 535-3800

- and -

Thomas P. Steindler (*pro hac vice pending*)
*tsteindler@mwe.com*
MCDERMOTT WILL & EMERY LLP
600 13th Street, NW
Washington, D.C. 20005-3096
Tel.:  (202) 756-8254
Fax:  (202) 756-8087

Dated:  September 30, 2011          *Attorneys for Plaintiff Sandoz Inc.*

3

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for Plaintiffs has conferred with counsel for Defendants in a good faith attempt to resolve or narrow the issue presented by this motion, and that Defendants do not assent to this motion.

/s/  Courtney M. Schou
Courtney M. Schou

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on September 30, 2011.

/s/  Courtney M. Schou
Courtney M. Schou

4947378v1