# APPENDIX B

# U.S. Patent No. 7,790,466 ("The '466 Patent") Claims 1, 8

**1.** A method of analyzing an enoxaparin preparation, comprising:

    providing an isolated tetrasaccharide fraction from a size fractioned enoxaparin preparation;

    analyzing the tetrasaccharide fraction using strong anion exchange high performance liquid chromatography (HPLC) to determine if one or more chains shown in the following table is present or is present in amount identified in the following table:

| Peak # | Tetrasaccharide | Range A % Area under HPLC curve | | Range B % Area under HPLC curve | | Range C % Area under HPLC curve | |
|---|---|---|---|---|---|---|---|
| 1 | $\Delta UH_{NS6S}I_{2S}H_{NS6S}$ | 0.1 | 0.6 | Present or Detectable | | Present or Detectable | |
| 2 | $\Delta UH_{NS6S}I_{2S}H_{NS6S}$ $\Delta U_{gal}H_{NS6S}I_{2S}Man_{NS6S}$ | 0.6 | 1.2 | 0.6 | 1.2 | 0.4 | 1.4 |
| 3 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS}$ ($\alpha$) | 0.6 | 1.2 | 0.4 | 1.0 | 0.2 | 1.2 |
| 4 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS}$ ($\beta$), $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS}$ ($\beta$) | 1.8 | 3.6 | 1.7 | 4.1 | 0.9 | 4.9 |
| 5 | $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS}$ ($\alpha$), $\Delta U_{2S}H_{NS}I_{2S}H_{NS6S}$ ($\alpha$) | 2.1 | 3.7 | 2.2 | 4.0 | 1.6 | 4.6 |
| 6 | $\Delta U_{2S}H_{NS}I_{2S}H_{NS6S}$ ($\beta$) | 0.5 | 1.6 | 0.4 | 1.6 | 0.0 | 2.0 |
| 7 | $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS}$ (1,6 anhydro) | 5.9 | 9.0 | 5.6 | 9.2 | 4.4 | 10.4 |
| 8 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS}$ (1,6 anhydro) | 7.0 | 9.9 | 6.6 | 10.2 | 5.4 | 11.4 |
| 9 | $\Delta U_{2S}H_{NS6S}G_{2S}H_{NS}$ ($\alpha$) | 0.9 | 1.6 | 0.8 | 1.4 | 0.6 | 1.6 |
| 10 | $\Delta U_{2S}H_{NS6S}GH_{NS6S}$ ($\alpha$) | 5.0 | 6.2 | 4.9 | 6.7 | 4.3 | 7.3 |
| 11 | $\Delta U_{2S}H_{NS6S}GMan_{NS6S}$ ($\alpha, \beta$) | 1.2 | 1.9 | 1.0 | 2.2 | 0.6 | 2.6 |
| 12 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS6S}$ ($\alpha$), $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS6S}$ ($\beta$) | 39.7 | 48.0 | 38.1 | 48.9 | 34.5 | 52.5 |
| 13 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS6S}$ ($\beta$), $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS6S}$ ($\alpha$) | 18.1 | 20.7 | 17.8 | 20.8 | 16.8 | 21.8 |
| 14 | $\Delta U_{2S}H_{NS6S}G_{2S}H_{NS6S}$ ($\alpha$) | 2.3 | 4.0 | 1.9 | 4.3 | 1.1 | 5.1 |
| 15 | $\Delta U_{2S}H_{NS6S}G_{2S}H_{NS6S}$ ($\beta$) | 0.6 | 1.4 | 0.4 | 1.6 | 0.0 | 2.0 |

and

    if one or more of said chains is present or is present in an amount identified in the table, processing said preparation, wherein processing includes one or more of selecting, accepting, processing into drug product, shipping, formulating, labeling, packaging or selling said preparation,

    thus analyzing the enoxaparin preparation.

\* \* \*

**8.** A method of processing an enoxaparin preparation comprising:

providing a high performance liquid chromatography (HPLC) determination of whether a tetrasaccharide structure is present in an enoxaparin preparation in an amount provided in the following table:

| # | Peak Tetrasaccharide | Range A % Area under HPLC curve | | Range B % Area under HPLC curve | | Range C % Area under HPLC curve | |
|---|---|---|---|---|---|---|---|
| 1 | $\Delta UH_{NS6S}I_{2S}H_{NS6S}$ | 0.1 | 0.6 | Present or Detectable | | Present or Detectable | |
| 2 | $\Delta UH_{NS6S}I_{2S}H_{NS6S}$ $\Delta U_{gal}H_{NS6S}I_{2S}Man_{NS6S}$ | 0.6 | 1.2 | 0.6 | 1.2 | 0.4 | 1.4 |
| 3 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS}(\alpha)$ | 0.6 | 1.2 | 0.4 | 1.0 | 0.2 | 1.2 |
| 4 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS}(\beta)$, $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS}(\beta)$ | 1.8 | 3.6 | 1.7 | 4.1 | 0.9 | 4.9 |
| 5 | $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS}(\alpha)$, $\Delta U_{2S}H_{NS}I_{2S}H_{NS6S}(\alpha)$ | 2.1 | 3.7 | 2.2 | 4.0 | 1.6 | 4.6 |
| 6 | $\Delta U_{2S}H_{NS}I_{2S}H_{NS6S}(\beta)$ | 0.5 | 1.6 | 0.4 | 1.6 | 0.0 | 2.0 |
| 7 | $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS}$ (1,6 anhydro) | 5.9 | 9.0 | 5.6 | 9.2 | 4.4 | 10.4 |
| 8 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS}$ (1,6 anhydro) | 7.0 | 9.9 | 6.6 | 10.2 | 5.4 | 11.4 |
| 9 | $\Delta U_{2S}H_{NS6S}G_{2S}H_{NS}(\alpha)$ | 0.9 | 1.6 | 0.8 | 1.4 | 0.6 | 1.6 |
| 10 | $\Delta U_{2S}H_{NS6S}GH_{NS6S}(\alpha)$ | 5.0 | 6.2 | 4.9 | 6.7 | 4.3 | 7.3 |
| 11 | $\Delta U_{2S}H_{NS6S}GMan_{NS6S}(\alpha,\beta)$ | 1.2 | 1.9 | 1.0 | 2.2 | 0.6 | 2.6 |
| 12 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS6S}(\alpha)$, $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS6S}(\beta)$ | 39.7 | 48.0 | 38.1 | 48.9 | 34.5 | 52.5 |
| 13 | $\Delta U_{2S}H_{NS6S}I_{2S}H_{NS6S}(\beta)$, $\Delta U_{2S}H_{NS6S}I_{2S}Man_{NS6S}(\alpha)$ | 18.1 | 20.7 | 17.8 | 20.8 | 16.8 | 21.8 |
| 14 | $\Delta U_{2S}H_{NS6S}G_{2S}H_{NS6S}(\alpha)$ | 2.3 | 4.0 | 1.9 | 4.3 | 1.1 | 5.1 |
| 15 | $\Delta U_{2S}H_{NS6S}G_{2S}H_{NS6S}(\beta)$ | 0.6 | 1.4 | 0.4 | 1.6 | 0.0 | 2.0 |

and

if said structures are present in an amount provided in the table, processing said preparation, wherein processing includes one or more of selecting, accepting, processing into drug product, shipping, formulating, labeling, packaging or selling said preparation.