# APPENDIX C

# U.S. Patent No. 7,575,886 ("The '886 Patent")
# Claims 6, 15, 53

**6.** A method for analyzing an enoxaparin sample for the presence or amount of a non naturally occurring sugar associated with peak 9 of FIG. 1 that results from a method of making enoxaparin that included β-eliminative cleavage with a benzyl ester and depolymerization, comprising:
    providing an enoxaparin sample that has been exhaustively digested with two or more heparin degrading enzymes;
    using a separation method to determine, in the enoxaparin sample that has been contacted with two or more heparin degrading enzymes, the presence of a structural signature associated with the non naturally occurring sugar associated with peak 9 of FIG. 1 that results from a method of making enoxaparin that includes β-eliminative cleavage with a benzyl ester and depolymerization; and
    making a determination about the enoxaparin sample based upon a comparison of the determination of the presence of a structural signature associated with the non naturally occurring sugar associated with peak 9 to a reference standard for enoxaparin, wherein the determination based upon the comparison to the reference standard regards the quality of the sample,
to thereby analyze the enoxaparin sample.

\* \* \*

**15.** A method for analyzing an enoxaparin sample for the presence or amount of a non naturally occurring sugar associated with peak 9 of FIG. **1** that results from a method of making enoxaparin that included β-eliminative cleavage with a benzyl ester and depolymerization, comprising:
    providing an enoxaparin sample that has been exhaustively digested with two or more heparin degrading enzymes;
    using a separation method to determine, in the enoxaparin sample that has been contacted with two or more heparin degrading enzymes, the presence of a structural signature associated with the non naturally occurring sugar associated with peak 9 of FIG. **1** that results from a method of making enoxaparin that includes β-eliminative cleavage with a benzyl ester and depolymerization; and;
    making a determination about the enoxaparin sample based upon a comparison of the determination of

    the presence of a structural signature associated with the non naturally occurring sugar associated with peak 9 to a reference standard for enoxaparin,
wherein the level of one or more structural signatures associated with the non naturally occurring sugar associated with peak 9 of FIG. **1** is determined,
to thereby analyze the enoxaparin sample.

\* \* \*

**53.** A method for analyzing an enoxaparin sample for the presence or amount of a non naturally occurring sugar associated with peak 9 of FIG. 1 that results from a method of making enoxaparin that included β-eliminative cleavage with a benzyl ester and depolymerization, comprising:
    providing an enoxaparin sample that has been exhaustively digested with two or more heparin degrading enzymes;
    using a separation method to determine, in the enoxaparin sample that has been contacted with two or more heparin degrading enzymes, the presence of a structural signature associated with the non naturally occurring sugar associated with peak 9 of FIG. 1 that results from a method of making enoxaparin that includes β-eliminative cleavage with a benzyl ester and depolymerization; and;
    making a determination about the enoxaparin sample based upon a comparison of the determination of the presence of a structural signature associated with the non naturally occurring sugar associated with peak 9 to a reference standard for enoxaparin,
    selecting a batch of enoxaparin based upon a comparison of the determination of the presence of the structural signature associated with the non naturally occurring sugar associated with peak 9 of FIG. 1 to a reference standard for enoxaparin,
to thereby analyze the enoxaparin sample.