UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD. and WATSON PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 11-11681-NMG |

**DECLARATION OF COURTNEY M. SCHOU, ESQ. IN SUPPORT
OF PLAINTIFFS' MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, Courtney M. Schou, on oath, depose and say as follows:

1.     I am an attorney at Choate, Hall and Stewart LLP.  Choate, Hall and Stewart LLP represents Plaintiff Momenta Pharmaceuticals, Inc. ("Momenta") in this matter.  I make this declaration for the purpose of authenticating relevant documents cited in support of Momenta and Sandoz Inc.'s Motion for a Temporary Restraining Order and Preliminary Injunction.  I have personal knowledge of the facts set forth in this declaration.

2.     Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,790,466, which is asserted against the defendants in this action.

3.     Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 7,575,886, which is asserted against the defendants in this action.

4.     Attached hereto as <u>Exhibit C</u> is a true and correct copy of a Watson Pharmaceuticals, Inc. Press Release entitled "Watson Pharmaceuticals Announces Approval of Amphastar's Generic Lovenox®, dated September 19, 2011.

5.     Attached hereto as <u>Exhibit D</u> is a true and correct copy of the FDA Webpage: Generic Enoxaparin Questions and Answers, <u>http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProvider s/ucm220037.htm</u>, last accessed September 29, 2011.

6.     Attached hereto as <u>Exhibit E</u> is a true and correct copy of the FDA Response to Sanofi-Aventis' Citizen Petition dated July 23, 2010.

7.     Attached hereto as <u>Exhibit F</u> is a true and correct copy of the Lovenox® label.

8.     Attached hereto as <u>Exhibit G</u> is a true and correct copy of the USP Monograph for Enoxaparin Sodium.

9.     Attached hereto as <u>Exhibit H</u> is a true and accurate copy of the USP Chapter 207 Test for 1,6-Anhydro Derivative for Enoxaparin Sodium.

10.    Attached to the Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction as Appendix A is a true and correct copy of a page from the FDA's website entitled "Establishing Active Ingredient Sameness for Generic Enoxaparin Sodium, a Low Molecular Weight Heparin," <u>http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProvider s/ucm220023.htm</u>, last accessed September 29, 2011.

11.    Attached to the Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction as Appendix B is a true and correct copy of Claims 1 and 8 of U.S. Patent No. 7,790,466.

12.    Attached to the Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction as Appendix C is a true and correct copy of Claims 6, 15 and 53 of U.S. Patent No. 7,575,886.

Signed under the penalties of perjury this 30th day of September, 2011.

_____
Courtney M. Schou (BBO #671104)