United States District Court
District of Massachusetts

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC., SANDOZ INC., | )<br>)<br>)<br>) |
| Plaintiffs, | )    Civil Action No.<br>)    11-11681-NMG |
| v. | )<br>) |
| AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., WATSON PHARMACEUTICALS, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

ORDER

GORTON, J.

Counsel are informed that the hearing scheduled for Friday, October 7, 2011 will be for the purpose of permitting the defendants to respond orally to plaintiffs' motion for a preliminary injunction without prejudice to their filing a written opposition to that motion on or before October 14, 2011 (14 days from the date the motion was filed). The Court discerns no irreparable harm that is likely to befall plaintiffs before defendants' written response can be filed and a full hearing on plaintiffs' motion is conducted during the week of October 21, 2011.

If the parties can reach an agreement as to defendants' relevant conduct between now and the time the Court decides the

motion for injunctive relief after it is fully argued, no hearing need be held tomorrow.

**So ordered.**

                                              /s/ Nathaniel M. Gorton
                                              Nathaniel M. Gorton
                                              United States District Judge

Dated October 6, 2011