UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC., <br>            Plaintiffs, <br><br>            v. <br><br> AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD. and WATSON PHARMACEUTICALS, INC., <br>            Defendants. | Civil Action No. 11-11681-NMG |

**PLAINTIFFS' ASSENTED-TO MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS' MOTION TO MODIFY OR DISSOLVE TEMPORARY RESTRAINING ORDER AND DECLARATION IN SUPPORT THEREOF**

Pursuant to Local Rule 7.2, Plaintiffs Momenta Pharmaceuticals, Inc. ("Momenta") and Sandoz Inc. ("Sandoz") (collectively, "Plaintiffs") hereby move for an order sealing, until further order of the Court: (1) Plaintiffs' Opposition to Defendants' Motion to Modify or Dissolve Temporary Restraining Order; and (2) Declaration of David Picard in Support of Plaintiffs' Opposition to Defendants' Motion to Modify or Dissolve Temporary Restraining Order.

Grounds for this motion are as follows:

1.   On October 13, 2011, Plaintiffs filed their Opposition to Defendants' Motion to Modify or Dissolve Temporary Restraining Order and Declaration of David Picard in support thereof through the ECF system.

2.   Plaintiffs inadvertently filed documents containing information that Defendants have identified as confidential and had previously filed under seal.

3. Upon conclusion of the impoundment period, Plaintiffs request the return of these documents to Plaintiffs' counsel of record.

4. Undersigned counsel has conferred with Defendants' counsel regarding this motion and Defendants assent to the relief sought herein.

WHEREFORE, Plaintiffs Momenta Pharmaceuticals, Inc. and Sandoz, Inc. respectfully request that the following be impounded until further Order of the Court: (1) Plaintiffs' Opposition to Defendants' Motion to Modify or Dissolve Temporary Restraining Order; and (2) Declaration of David Picard in Support of Plaintiffs' Opposition to Defendants' Motion to Modify or Dissolve Temporary Restraining Order.

Respectfully submitted,

MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC.,

By their attorneys,

/s/ Courtney M. Schou
Robert S. Frank, Jr. (BBO No. 177240)
*rfrank@choate.com*
Eric J. Marandett (BBO No. 561730)
*emarandett@choate.com*
Jessica Gan Lee (BBO No. 670970)
*jlee@choate.com*
Courtney M. Schou (BBO No. 671104)
*cschou@choate.com*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.:  (617) 248-5000
Fax:  (617) 248-4000

*Attorneys for Plaintiff*
*Momenta Pharmaceuticals, Inc.*

- and -

Sarah Chapin Columbia (BBO No. 550155)
*scolumbia@mwe.com*
Melissa Nott Davis (BBO No. 654546)
*mndavis@mwe.com*
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel.: (617) 535-4000
Fax:  (617) 535-3800

- and -

Thomas P. Steindler (*pro hac vice pending*)
*tsteindler@mwe.com*
MCDERMOTT WILL & EMERY LLP
600 13th Street, NW
Washington, D.C. 20005-3096
Tel.:  (202) 756-8254
Fax:  (202) 756-8087

Dated:  October 14, 2011          *Attorneys for Plaintiff Sandoz Inc.*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for Plaintiffs has conferred with counsel for Defendants in a good faith attempt to resolve or narrow the issue presented by this motion, and that Defendants assent to this motion.

/s/  Courtney M. Schou
Courtney M. Schou

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on October 14, 2011.

/s/  Courtney M. Schou
Courtney M. Schou