```
                    United States District Court
                      District of Massachusetts
_____
                                    )
MOMENTA PHARMACEUTICALS, INC.,      )
SANDOZ INC.,                        )
        Plaintiffs,                 )
                                    )    Civil Action No.
        v.                          )    11-11681-NMG
                                    )
AMPHASTAR PHARMACEUTICALS, INC.,    )
INTERNATIONAL MEDICATION            )
SYSTEMS, LTD., WATSON               )
PHARMACEUTICALS, INC.,              )
        Defendants.                 )
_____ )
```

## ORDER

**GORTON, J.**

Plaintiffs' Motion for Limited Expedited Discovery (Docket No. 19) will be **ALLOWED**, in part, and **DENIED**, in part. The motion is allowed with respect to the documents requested in Plaintiffs' supplemental memorandum (Docket No. 44), specifically, the sections in defendants' Abbreviated New Drug Application ("ANDA") that describe: 1) release testing related to detecting 1,6-anhydro ring structures, 2) release testing related to sequencing of tetrasaccharides, and 3) master batch records. Defendants shall produce the requested documents on or before the close of business Monday, October 17, 2011.

Until the parties have submitted and the Court has approved a stipulated Protective Order, confidential information shall be maintained in confidence by the party to whom it is produced and

shall not be disclosed to any person except outside counsel and independent experts specifically engaged to assist in this litigation.

**So ordered.**

                                             /s/ Nathaniel M. Gorton
                                            Nathaniel M. Gorton
                                            United States District Judge

Dated October 14, 2011