United States District Court
District of Massachusetts

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC., SANDOZ INC., <br> Plaintiffs, <br> v. <br> AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., WATSON PHARMACEUTICALS, INC., <br> Defendants. | Civil Action No. 11-11681-NMG |

**ORDER**

GORTON, J.

On October 7, 2011, the Court entered a temporary restraining order ("TRO") (Docket No. 39) enjoining the defendants from advertising, offering for sale or selling a generic enoxaparin product that allegedly infringes one or more of the patents issued to Momenta Pharmaceuticals, Inc. until close of business on October 21, 2011.

Currently under the Court's consideration is Plaintiffs' motion for a preliminary injunction to preserve the status quo during the pendency of the litigation. At the conclusion of the hearing on October 20, 2011, on plaintiffs' motion for a preliminary injunction, the Court took the matter under advisement.

The parties are advised that the Court requires more time to

-1-

resolve the serious issues at hand and will therefore extend the temporary restraining order for a period of seven (7) days pending its ruling on the merits of plaintiffs' motion. In the meantime, plaintiffs are directed to submit, on or before 12:00 noon Tuesday, October 25, 2011, a memorandum of law, not to exceed five pages, addressing the purported distinction between the patent terms "separation method" and "determining" discussed by defendants at oral argument and in their sur-reply memorandum (Docket No. 79).

### ORDER

In accordance with the foregoing, the temporary restraining order issued by this Court on October 7, 2011 (Docket No. 39) is hereby extended on the same terms for an additional seven (7) days until the close of business on Friday, October 28, 2011.

So ordered.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated October 21, 2011