United States District Court
District of Massachusetts

_____
                              )
**MOMENTA PHARMS., INC., SANDOZ** )
**INC.,**                        )
      Plaintiffs,           )
                              )   Civil Action No.
      v.                    )   11-11681-NMG
                              )
**AMPHASTAR PHARMS., INC.,**     )
**INTERNATIONAL MEDICATION SYS.,** )
**LTD., WATSON PHARMS., INC.,**  )
      Defendants.           )
_____)

**PRELIMINARY INJUNCTION**

**GORTON, J.**

For the reasons set forth in this Court's Memorandum and Order entered herewith, it is hereby **ORDERED, ADJUDGED AND DECREED** that from the date of this Order until the conclusion of the trial in this action, unless otherwise ordered by the Court:

1) defendants Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd. and Watson Pharmaceuticals, Inc., and any entity or persons acting on their behalf, shall not advertise, offer for sale or sell in the United States any generic enoxaparin product alleged to infringe U.S. Patent No. 7,575,886; and

2) plaintiffs Momenta Pharmaceuticals, Inc. and Sandoz Inc., pursuant to Fed. R. Civ. P. 65(c), shall post a security bond in the amount of One Hundred Million Dollars ($100,000,000) as soon as reasonably practicable after entry of this Order but in any event no later than close of business November 13, 2011.

**So ordered.**

                                                /s/ Nathaniel M. Gorton
                                                Nathaniel M. Gorton
                                                United States District Judge

Dated October 28, 2011