**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 1:11-cv-11681-NMG |
| | ) |
| AMPHASTAR PHARMACEUTICALS, INC., *et al.* | ) **NOTICE OF APPEAL** |
| | ) **IN A CIVIL CASE** |
| Defendants. | ) |
| | ) |

Notice is hereby given that Amphastar Pharmaceuticals, Inc. ("Amphastar"), International Medication Systems, Ltd. ("IMS"), and Watson Pharmaceuticals, Inc. ("Watson"), defendants in the above-named civil action, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Orders, granting Momenta Pharmaceuticals, Inc. ("Momenta") and Sandoz Inc.'s ("Sandoz"), plaintiffs in the above-named civil action, Motion for a Preliminary Injunction, entered in this action on the 28th day of October, 2011. The Memorandum and Order are attached hereto as Exhibit "A." The Preliminary Injunction Order is attached hereto as Exhibit "B."

Dated:  October 28, 2011

Respectfully submitted,

/s/ Steven M. Bauer
Steven M. Bauer (BBO No. 542531)
sbauer@proskauer.com
Isaac A. Hubner (BBO No. 677719)
ihubner@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone:  617.526.9600
Facsimile:  617.526.9899

Herman L. Goldsmith (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
hgoldsmith@proskauer.com

Jan P. Weir (admitted *pro hac vice*)
jweir@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Telephone:  949.725.4000
Facsimile:  949.725.4100

Anthony T. Pierce (admitted *pro hac vice*)
apierce@akingump.com
Mark Mansour (admitted *pro hac vice*)
mmansour@akingump.com
Jonathan P. Robell (admitted *pro hac vice*)
jrobell@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue NW
Washington, DC 20036
Telephone:  202.887.4000
Facsimile:  202.887.4288

*Counsel for Defendants Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd., and Watson Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2011, I caused a copy of the foregoing

Notice of Appeal in a Civil Case to be electronically filed using the CM/ECF system, which will

then send a notification of such filing (NEF) to the following:

Courtney M. Schou
Eric J. Marandett
Jessica Gan Lee
Robert S. Frank, Jr.
CHOATE, HALL & STEWART LLP
Two International Place
100-150 Oliver Street
Boston, MA 02110
Telephone:  617.238.4849
Facsimile:  617.248.4000

*Counsel for Plaintiffs Momenta Pharmaceuticals, Inc. and Sandoz, Inc.*

Melissa Nott Davis
Sarah Chapin Columbia
Thomas P. Steindler
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109
Telephone:  617.535.4074
Fax:  617.535.3800

*Counsel for Plaintiff Sandoz, Inc.*

/s/ Steven M. Bauer
Steven M. Bauer (BBO No. 542531)
sbauer@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone:  617.526.9600
Facsimile:  617.526.9899