# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOMENTA PHARMACEUTICALS, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  No. 1:11-cv-11681-NMG |
| AMPHASTAR PHARMACEUTICALS, INC*., et al.* | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' EMERGENCY MOTION TO DISSOLVE
## OR STAY PRELIMINARY INJUNCTION

Defendants Amphastar Pharmaceuticals, Inc. ("Amphastar"), International Medication Systems, Ltd. ("IMS"), and Watson Pharmaceuticals, Inc. ("Watson") (collectively referred to as "Defendants") hereby move to dissolve or stay the Preliminary Injunction Order entered on October 28, 2011. Defendants' arguments in support of their Motion to Dissolve or Stay the Preliminary Injunction are expounded in the Memorandum in Support of this Motion.

**WHEREFORE**, Defendants Amphastar Pharmaceuticals, Inc. ("Amphastar"), International Medication Systems, Ltd. ("IMS"), and Watson Pharmaceuticals, Inc. respectfully request that this Court dissolve or stay its October 28, 2011 Preliminary Injunction Order.

Dated:  November 2, 2011          Respectfully submitted,

/s/ Isaac A. Hubner
Steven M. Bauer (BBO #542531)
Isaac A. Hubner (BBO # 677719)
sbauer@proskauer.com
ihubner@proskauer.com
Proskauer Rose LLP
One International Place
Boston, MA  02110-2600
Telephone:  617.526.9600
Facsimile:  617.526.9899

Herman L. Goldsmith (admitted *pro hac vice*)
hgoldsmith@proskauer.com
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Telephone:  212.969.3000
Facsimile:  212.969.2900

Jan P. Weir (admitted *pro hac vice*)
jweir@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Telephone:  949.725.4000
Facsimile:  949.725.4100

Anthony T. Pierce (admitted *pro hac vice*)
apierce@akingump.com
Mark Mansour (admitted *pro hac vice*)
mmansour@akingump.com
Jonathan P. Robell (admitted *pro hac vice*)
jrobell@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue NW
Washington, DC  20036
Telephone:  202.887.4000
Facsimile:  202.887.4288

*Counsel for Defendants Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd., and Watson Pharmaceuticals, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that counsel for Plaintiffs and Defendants have conferred on the issues presented in this motion in a good faith attempt to resolve or narrow the issues. Counsel for Plaintiffs have not assented to the filing of this motion.

                                            /s/ Isaac A. Hubner
                                            Isaac A. Hubner

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party to this action by operation of the Court's ECF filing system, this 2nd day of November 2011.

                                            /s/ Isaac A. Hubner
                                            Isaac A. Hubner