Form 7

FORM 7. Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓] United States District Court for the DISTRICT OF MASSACHUSETTS
[ ] United States Court of International Trade
[ ] United States Court of Federal Claims
[ ] United States Court of Appeals for Veterans Claims

Type of case: 15:1126 PATENT INFRINGEMENT

MOMENTA PHARMAXEUTICALS v. AMPHASTAR PHARMACEUTICALS

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 11-CV-11681     Date of Judgment or Order 10/28/2011, 10/28/2011
Cross or related appeal? ___     Date of Notice of Appeal 10/28/2011
Appellant is: [ ] Plaintiff  [✓] Defendant  [ ] Other (explain) ___

FEES:  Court of Appeals docket fee paid?  [✓] Yes  [ ] No
       U.S. Appeal?                       [✓] Yes  [ ] No
       In forma pauperis?                 [ ] Yes  [✓] No

Is this matter under seal?  [ ] Yes  [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

COURTNEY M. SCHOU
CHOATE, HALL & STEWART LLP
TWO INTERNATIONAL PLACE
100-150 OLIVER STREET
617-238-4849

STEVEN M. BAUER
PROSKAUER ROSE LLP
ONE INTERNATIONAL PLACE
BOSTON, MA 02110
617-526-9600

COURT REPORTER: (Name and telephone): CHERYL DAHLSTROM 617-951-4555

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439