# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOMENTA PHARMACEUTICALS, INC., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 1:11-cv-11681-NMG |
| AMPHASTAR PHARMACEUTICALS, INC*., et al.,* | ) **NOTICE OF APPEAL** |
| Defendants. | ) **IN A CIVIL CASE** |

Notice is hereby given that Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd., and Watson Pharmaceuticals, Inc., defendants in the above-named civil action, appeal to the United States Court of Appeals for the Federal Circuit from this Court's November 23, 2011 Memorandum & Order, which denied defendants' emergency motion to stay or dissolve this Court's October 28 emergency injunction. The Memorandum & Order is attached hereto as Exhibit "A."

Dated: November 23, 2011

        Respectfully submitted,

        /s/ Steven M. Bauer
        Steven M. Bauer (BBO No. 542531)
        sbauer@proskauer.com
        Isaac A. Hubner (BBO No. 677719)
        ihubner@proskauer.com
        PROSKAUER ROSE LLP
        One International Place
        Boston, MA 02110
        Telephone: 617.526.9600
        Facsimile: 617.526.9899

        Herman L. Goldsmith (admitted *pro hac vice*)
        PROSKAUER ROSE LLP
        Eleven Times Square
        New York, NY 10036-8299
        hgoldsmith@proskauer.com

        Jan P. Weir (admitted *pro hac vice*)
        jweir@sycr.com
        STRADLING YOCCA CARLSON & RAUTH
        660 Newport Center Drive, Suite 1600
        Newport Beach, CA 92660
        Telephone: 949.725.4000
        Facsimile: 949.725.4100

        Anthony T. Pierce (admitted *pro hac vice*)
        apierce@akingump.com
        Mark Mansour (admitted *pro hac vice*)
        mmansour@akingump.com
        AKIN GUMP STRAUSS HAUER & FELD LLP
        1333 New Hampshire Avenue NW
        Washington, DC 20036
        Telephone: 202.887.4000
        Facsimile: 202.887.4288

*Counsel for Defendants Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd., and Watson Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of November, 2011, I caused a copy of the foregoing Notice of Appeal in a Civil Case to be electronically filed using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Courtney M. Schou
Eric J. Marandett
Jessica Gan Lee
Robert S. Frank, Jr.
CHOATE, HALL & STEWART LLP
Two International Place
100-150 Oliver Street
Boston, MA 02110
Telephone: 617.238.4849
Facsimile: 617.248.4000

*Counsel for Plaintiffs Momenta Pharmaceuticals, Inc. and Sandoz, Inc.*

Melissa Nott Davis
Sarah Chapin Columbia
Thomas P. Steindler
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA 02109
Telephone: 617.535.4074
Fax: 617.535.3800

*Counsel for Plaintiff Sandoz, Inc.*

/s/ Steven M. Bauer
Steven M. Bauer (BBO No. 542531)
sbauer@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone: 617.526.9600
Facsimile: 617.526.9899