**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-11681-NMG |
| AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., WATSON PHARMACEUTICALS, INC., and WATSON PHARMA, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**MOTION TO SEAL DEFENDANTS' MOTION TO INCREASE RULE 65(C) BOND AND MEMORANDUM, DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF**

Anthony T. Pierce (admitted *pro hac vice*)
apierce@akingump.com
Mark Mansour (admitted *pro hac vice*)
mmansour@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue NW
Washington, DC  20036
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

Steven M. Bauer (BBO No. 542531)
sbauer@proskauer.com
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Telephone:  (617) 526-9600
Facsimile:  (617) 526-9899

Herman L. Goldsmith (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
hgoldsmith@proskauer.com

Jan P. Weir (admitted *pro hac vice*)
Joseph J. Mellema (admitted *pro hac vice*)
Taylor C. Foss (admitted *pro hac vice*)
Jennifer A. Mauri (admitted *pro hac vice*)
K&L GATES LLP
1900 Main Street, Suite 600
Irvine, CA 92614
Telephone:  (949) 653-3578
Facsimile:  (949) 253-0902
jan.weir@klgates.com
joseph.mellema@klgates.com
taylor.foss@klgates.com
jennifer.mauri@klgates.com

*Counsel for Defendants Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd., Watson Pharmaceuticals, Inc., and Watson Pharma, Inc.*

Pursuant to Local Rule 7.2, Defendants Amphastar Pharmaceuticals, Inc., International

Medication Systems, Ltd., Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. (collectively

"Defendants") hereby move for an order sealing, until further order of the Court:  (1)

Defendants' Motion to Increase Rule 65(c) Bond; (2) Memorandum in Support of Motion to

Increase Rule 65(c) Bond; (3) the Second Supplemental Declaration of Jacob Liawatidewi; (4)

the exhibits attached to the Liawatidewi declaration; and (5) the Declaration of Dr. Kevin Neels.

The grounds for this motion are as follows:

1.      Defendants' motion and supporting documents contain highly sensitive and

confidential business information, including financial analyses and information regarding

contractual relationships, that Defendants wish to protect from public disclosure and have

designated as "Outside Counsel Only."

2.      These materials are necessary for the Court's determination of Defendants'

Motion to Increase Rule 65(c) Bond.

3.      The Court has granted all previous Motions to Seal filed in this matter.

4.      Upon conclusion of the impoundment period, Defendants request the return of

these documents to Defendants' counsel of record.

WHEREFORE, Defendants Amphastar Pharmaceuticals, Inc., International Medication

Systems, Ltd., Watson Pharmaceuticals, Inc. and Watson Pharma, Inc. (collectively

"Defendants") hereby move for an order sealing, until further order of the Court:  (1)

Defendants' Motion to Increase Rule 65(c) Bond; (2) Memorandum in Support of Motion to

Increase Rule 65(c) Bond; (3) the Second Supplemental Declaration of Jacob Liawatidewi; (4)

the exhibits attached to the Liawatidewi declaration; and (5) the Declaration of Dr. Kevin Neels.

Dated:  June 22, 2012                    Respectfully submitted,


                                          /s/ Anthony T. Pierce
                                         Anthony T. Pierce (admitted *pro hac vice*)
                                         apierce@akingump.com
                                         Mark Mansour (admitted *pro hac vice*)
                                         mmansour@akingump.com
                                         Debra A. Drake (admitted *pro hac vice*)
                                         AKIN GUMP STRAUSS HAUER & FELD LLP
                                         1333 New Hampshire Avenue NW
                                         Washington, DC  20036
                                         Telephone:  (202) 887-4000
                                         Facsimile:  (202) 887-4288

                                         and

                                         Jan P. Weir (admitted *pro hac vice*)
                                         K&L GATES LLP
                                         1900 Main Street, Suite 600
                                         Irvine, CA  92614
                                         Telephone:  (949) 653-3578
                                         Facsimile:  (949) 253-0902
                                         jan.weir@klgates.com

                                         *Counsel for Defendants Amphastar*
                                         *Pharmaceuticals, Inc., International Medication*
                                         *Systems, Ltd., Watson Pharmaceuticals, Inc., and*
                                         *Watson Pharma, Inc.*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for Defendants has conferred with counsel for Plaintiffs in a good faith attempt to resolve or narrow the issue presented by this motion, and that Plaintiffs assent to this motion.

_/s/ Anthony T. Pierce_____
Anthony T. Pierce

## CERTIFICATE OF SERVICE

I hereby certify on this 22d day of June 2012 that a copy of this document was filed with the Clerk's office, and that notice will be sent electronically to counsel of record by operation of the Court's ECF filing system under seal and a copy will be sent to counsel of record.

_/s/ Debra A. Drake_____
Debra A. Drake