IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., WATSON PHARMACEUTICALS, INC., and WATSON PHARMA, INC., <br><br> Defendants. | Civil Action No. 11-11681-NMG |

# [PROPOSED] ORDER

In consideration of Defendants' Motion to Increase Rule 65(c) Bond and the memoranda submitted by the parties, it is hereby ORDERED:

1) That the Federal Rule of Civil Procedure 65(c) bond be increased to Three Hundred Thirty-Nine Million, Three Hundred and Seventy-Five Thousand Dollars ($339,375,000); and

2) Plaintiffs Momenta Pharmaceuticals, Inc. and Sandoz, Inc. shall post additional security in the amount of Two Hundred Thirty-Nine Million, Three Hundred and Seventy-Five Thousand Dollars ($239,375,000) as soon as reasonably practicable after entry of this Order by in any event no later than close of business _____, 2012.

**So ordered**.

_____
Hon. Nathaniel M. Gorton
United States District Judge

Dated: _____, 2012