UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC.<br>and SANDOZ INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMPHASTAR PHARMACEUTICALS, INC.,<br>INTERNATIONAL MEDICATION SYSTEMS,<br>LTD., WATSON PHARMACEUTICALS, INC.<br>and WATSON PHARMA, INC.,<br><br>    Defendants. | Civil Action No. 11-cv-11681-NMG |

## INTERIM JOINT STATUS REPORT

Pursuant to the Court's Order dated August 14, 2012 (Dkt. No. 330), the parties hereby submit this Interim Joint Status Report concerning the appellate proceedings with respect to the Federal Circuit's decision on Amphastar's appeal from this Court's Preliminary Injunction Order in this case. The Federal Circuit panel rendered its opinion on August 3, 2012. Momenta filed a Petition for Rehearing En Banc on September 4, 2012. Amphastar filed its Opposition to Appellees' Petition for Rehearing En Banc on October 15, 2012. Briefing on Momenta's Petition for Rehearing En Banc is now complete, and the parties are awaiting a ruling by the Federal Circuit on the Petition for Rehearing. The parties agree that until disposition of the rehearing petition by the Federal Circuit, a continued stay of the case is appropriate in order to conserve the parties' and the Court's resources.

Respectfully submitted,

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC., | AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., WATSON PHARMACEUTICALS, INC. and WATSON PHARMA, INC., |
| By their attorneys, | |
| */s/ Robert S. Frank, Jr.* | */s/ Anthony T. Pierce* |
| Robert S. Frank, Jr. (BBO #177240) | Anthony T. Pierce (admitted *pro hac vice*) |
| *rfrank@choate.com* | *apierce@akingump.com* |
| Eric J. Marandett (BBO #561730) | Mark Mansour (admitted *pro hace vice*) |
| *emarandett@choate.com* | *mmansour@akingump.com* |
| Daniel C. Winston (BBO#562209) | Debra A. Drake (admitted *pro hac vice*) |
| *dwinston@choate.com* | *ddrake@akingump.com* |
| Michael E. Murawski (BBO #669857) | AKIN GUMP STRAUSS HAUER |
| *mmurawski@choate.com* |     & FELD LLP |
| CHOATE, HALL & STEWART LLP | 1333 New Hampshire Avenue NW |
| Two International Place | Washington, DC 20036 |
| Boston, MA 02110 | Tel.: (202) 887-4000 |
| Tel.: (617) 248-5000 | Fax: (202) 887-4288 |
| Fax: (617) 248-4000 | |
| | Steven M. Bauer (BBO #542531) |
| SANDOZ INC., | *sbauer@proskauer.com* |
| | Jinnie Reed (BBO #679137) |
| By their attorneys, | *jreed@proskauer.com* |
| | PROSKAUER ROSE LLP |
| */s/ Thomas P. Steindler* | One International Place |
| Sarah Chapin Columbia (BBO #550155) | Boston, MA 02110-2600 |
| *scolumbia@mwe.com* | Tel.: (617) 526-9600 |
| Melissa Nott Davis (BBO #654546) | Fax: (617) 526-9899 |
| *mndavis@mwe.com* | |
| MCDERMOTT WILL & EMERY LLP | Jan P. Weir (admitted *pro hac vice*) |
| 28 State Street | *jan.weir@klgates.com* |
| Boston, MA  02109 | Joseph J. Mellema (admitted *pro hac vice*) |
| Tel.:  (617) 535-4000 | *joseph.mellema@klgates.com* |
| Fax:  (617) 535-3800 | Taylor C. Foss (admitted *pro hac vice*) |
| | *taylor.foss@klgates.com* |
|    - and - | Jennifer A. Mauri (admitted *pro hac vice*) |
| | *jennifer.mauri@klgates.com* |
| Thomas P. Steindler (admitted *pro hac vice*) | K&L GATES LLP |
| *tsteindler@mwe.com* | 1 Park Plaza |
| MCDERMOTT WILL & EMERY LLP | Twelfth Floor |
| 600 13th Street, N.W. | Irvine, CA 92614 |
| Washington, D.C.  20005-3096 | Tel.: (949) 253-0900 |
| Tel.:  (202) 756-8254 | Fax: (949) 253-0902 |
| Fax: (202) 756 8087 | |

Dated:  November 14, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on November 14, 2012.

*/s/ Michael E. Murawski*
Michael E. Murawski