# Exhibit A

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2012-1062, -1103, -1104

MOMENTA PHARMACEUTICALS, INC.,

                        Plaintiff-Appellee,

and

SANDOZ, INC.,

                        Plaintiff-Appellee,

v.

AMPHASTAR PHARMACEUTICALS, INC.,
INTERNATIONAL MEDICATION SYSTEMS, LTD.,
WATSON PHARMACEUTICALS, INC.,
and WATSON PHARMA, INC.,

                        Defendants-Appellants.

Appeals from the United States District Court for the District of Massachusetts in case no. 11-CV-11681, Judge Nathaniel M. Gorton.

# ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

A petition for rehearing en banc having been filed by the Appellees,* and a response thereto having been invited by the court and filed by the Appellants, and the matter having first been referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on November 27, 2012.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

Dated: 11/20/2012

cc: Patricia A. Millett
Robert Frank, Jr., Thomas Steindler
Joseph J. Zito

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 20 2012

JAN HORBALY
CLERK

MOMENTA PHARMA V AMPHASTAR PHARMA, 2012-1062,-1103,-1104
(DCT - 11-CV-11681)

---

* Amicus Curiae, Classen Immunotherapies, Inc. was granted leave to file a brief in support of the petition for rehearing en banc.