# United States Court of Appeals for the Federal Circuit

2012-1062, -1103, -1104

MOMENTA PHARMACEUTICALS, INC.,

                              Plaintiff-Appellee,

and

SANDOZ, INC.,

                              Plaintiff-Appellee,

v.

AMPHASTAR PHARMACEUTICALS, INC.,
INTERNATIONAL MEDICATION SYSTEMS, LTD.,
WATSON PHARMACEUTICALS, INC.,
and WATSON PHARMA, INC.,

                              Defendants-Appellants.

## Judgment

ON APPEAL from the    United States District Court for the District of Massachusetts

in CASE NO(S).    11-CV-11681

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**VACATED and REMANDED**

ENTERED BY ORDER OF THE COURT

DATED AUG 3 2012

Issued as Mandate:

COSTS:
Printing .......................... $ 1,427.60
Total ............................. $ 1,427.60

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 11/30/12