**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., WATSON PHARMACEUTICALS, INC., and WATSON PHARMA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 11-11681-NMG |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND
SUMMARY JUDGMENT OF NON-INFRINGEMENT UNDER 35 U.S.C. § 271(e)(1)**

Jan P. Weir (admitted *pro hac vice*)
Joseph J. Mellema (admitted *pro hac vice*)
Taylor C. Foss (admitted *pro hac vice*)
Jennifer A. Mauri (admitted *pro hac vice*)
K&L GATES LLP
One Park Place
Twelfth Floor
Irvine, CA 92614
Telephone:  (949) 653-3578
Facsimile:  (949) 253-0902
jan.weir@klgates.com
joseph.mellema@klgates.com
taylor.foss@klgates.com
jennifer.mauri@klgates.com

James W. Matthews (Mass. Bar No. 560560)
Katy E. Koski (Mass. Bar No. 650613)
Jason L. Drori (Mass. Bar No. 665865)
K&L GATES LLP
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
james.matthews@klgates.com
katy.koski@klgates.com
jason.drori@klgates.com

Herman L. Goldsmith (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
hgoldsmith@proskauer.com

*Counsel for Defendants Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd., Watson Pharmaceuticals, Inc., and Watson Pharma, Inc.*

Pursuant to Rules 12(c) and 56 of the Federal Rules of Civil Procedure, Defendants Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd., Watson Pharmaceuticals, Inc., and Watson Pharma, Inc. (collectively "Amphastar") hereby move for judgment on the pleadings and for summary judgment of non-infringement of U.S. Patent Nos. 7,575,886 ("'886 patent") and 7,790,466 ("'466 patent") (the "patents-in-suit") asserted by Plaintiffs Momenta Pharmaceuticals, Inc. and Sandoz, Inc. (collectively "Momenta").

As set forth more fully in the accompanying memorandum and supporting declarations, judgment on the pleadings and, alternatively, summary judgment is appropriate as a matter of law.  The Federal Circuit held in its August 3, 2012 decision that the "safe harbor" provision of the Patent Act, 35 U.S.C. § 271(e)(1), applies to FDA-required tests, regardless of whether those tests are conducted post-FDA approval or in connection with the commercial sale of an FDA-approved drug.  *Momenta Pharms., Inc. v. Amphastar Pharms., Inc.*, 686 F.3d 1348, 1361 (Fed. Cir. 2012). Momenta alleges that Amphastar infringes its two patents-in-suit by including, in its "process for manufacturing batches of enoxaparin sodium for commercial sale," certain batch release tests covered by Momenta's patents.  (Am. Compl., Dkt. No. 63, ¶¶ 27, 31, 36.) Momenta further alleges that such release testing is necessary because "[t]he FDA <u>requires</u> a generic manufacturer to include in its manufacturing process the analysis of each batch of its enoxaparin drug substance" claimed in Momenta's patents.  (*Id.*, ¶¶ 22, 24, 28, emphasis added.)

Accordingly, as set forth in the accompanying memorandum and supporting declarations, Momenta has made admissions in its complaint that the FDA requires Amphastar to use the methods claimed in Momenta's patents-in-suit.  Momenta has thus pleaded itself out of court and judgment on the pleadings pursuant to Rule 12(c) is appropriate as a matter of law.  Further, in view of other admissions, including admissions in Momenta's infringement disclosures, and a

general lack of evidence, summary judgment pursuant to Rule 56 in Amphastar's favor is also appropriate as a matter of law.  Amphastar thus moves for judgment on the pleadings, or alternatively, summary judgment on the ground that Amphastar has not committed an act of patent infringement under Section 271(e)(1) of the Patent Act.

WHEREFORE, for the reasons set forth herein and more fully in the accompanying Memorandum in Support of Defendants' Motion for Judgment on the Pleadings and Summary Judgment of Non-Infringement Under 35 U.S.C. § 271(e)(1) and the supporting declarations filed herewith, Defendants respectfully request that this Court enter judgment against Momenta and in favor of Defendants.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request that this Court schedule oral argument for this motion.

Dated:  January 16, 2013                    Respectfully submitted,


                                            */s/ Jan P. Weir*
                                            Jan P. Weir (admitted *pro hac vice*)
                                            Joseph J. Mellema (admitted *pro hac vice*)
                                            Taylor C. Foss (admitted *pro hac vice*)
                                            Jennifer A. Mauri (admitted *pro hac vice*)
                                            K&L GATES LLP

                                            *Counsel for Defendants Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd., Watson Pharmaceuticals, Inc., and Watson Pharma, Inc.*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that counsel for Defendants has conferred with counsel for Plaintiffs in a good faith attempt to resolve or narrow the issues presented by this motion, and that Plaintiffs oppose this motion.

>                    */s/ Taylor C. Foss*
>                    Taylor C. Foss

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party to this action by operation of the Court's ECF filing system, this 16th day of January, 2013.

>                    */s/ Katy E. Koski*
>                    Katy E. Koski