# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MOMENTA PHARMACEUTICALS, INC. AND SANDOZ INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., ACTAVIS, INC., AND ACTAVIS PHARMA, INC., <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 11-cv-11681-NMG |

## NOTICE OF APPEAL

Notice is hereby given that Momenta Pharmaceuticals, Inc. and Sandoz Inc., plaintiffs in the above-named action, hereby appeal to the United States Court of Appeals for the Federal Circuit from the District Court's January 24, 2014 Order entering final judgment in this case, the District Court's July 19, 2013 Order (1) granting Defendants Amphastar Pharmaceuticals, Inc., International Medication Systems, Ltd., Actavis, Inc., and Actavis Pharma, Inc.'s Motion for Summary Judgment; and (2) denying Plaintiffs' Motion for Leave to Amend Infringement Contentions, as well as any and all other orders adverse to Plaintiffs.

6012477v1

Respectfully submitted,

SANDOZ INC.,

By its attorneys,

/s/ Thomas P. Steindler
Thomas P. Steindler (admitted *pro hac vice*)
*tsteindler@mwe.com*
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Tel.: (202) 756-8254
Fax: (202) 756-8087

MOMENTA PHARMACEUTICALS, INC.,

By its attorneys,

/s/ Robert S. Frank, Jr.
Robert S. Frank, Jr. (BBO#: 177240)
*rfrank@choate.com*
Daniel C. Winston (BBO#: 562209)
*dwinston@choate.com*
Michael E. Murawski (BBO#: 669857)
*mem@choate.com*
Sophie F. Wang (BBO#: 679642)
*swang@choate.com*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.: (617) 248-5000
Fax: (617) 248-4000

Dated: January 30, 2014

6012477v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those non-registered participants (if any) on January 30, 2014.

/s/ *Robert S. Frank, Jr.*
Robert S. Frank, Jr.

dc-746193

6012477v1