UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMPHASTAR PHARMACEUTICALS, INC., INTERNATIONAL MEDICATION SYSTEMS, LTD., ACTAVIS, INC. and ACTAVIS PHARMA, INC., <br><br> Defendants. | Civil Action No. 1:11-cv-11681-NMG |

**DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER TO PERMIT A SINGLE DEPOSITION OF THE U.S. PHARMACOPEIA**

Defendants Amphastar Pharmaceuticals, Inc. and International Medication Systems, Ltd. (collectively, "Defendants") hereby move to amend the scheduling order to permit a single deposition of a third party, the U.S. Pharmacopeia ("USP"). Notwithstanding that fact discovery has closed, Defendants have good cause to take the deposition of USP, as outlined in their Memorandum of Law in Support of Their Motion to Amend Scheduling Order to Permit a Single Deposition of the U.S. Pharmacopeia ("Memorandum of Law").

In support of this motion, Defendants rely on Defendants' Memorandum of Law and the Declaration of Natalie J. Morgan in Support of Defendants' Motion to Amend Scheduling Order to Permit a Single Deposition of the U.S. Pharmacopeia, which are filed simultaneously herewith.

WHEREFORE, Defendants respectfully request that this Court enter an order granting Defendants' motion to amend scheduling order to permit a single deposition of the USP.

*Motion denied.*
*NMGorton, USDJ  2/28/17*