**United States District Court**
**District of Massachusetts**

|  |  |
|---|---|
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AMPHASTAR PHARMACEUTICALS, INC. and INTERNATIONAL MEDICATION SYSTEMS, LTD., | ) ) ) ) |
| Defendants. | ) ) |

Civil Action No.
11-11681-NMG

## Verdict Form

1.  **Patent Infringement**

(a)  Have plaintiffs proved, by a preponderance of the evidence, that defendants' 15-25% procedures infringe the asserted claims of the '886 patent?  ("Yes" is a verdict for plaintiffs and "No" is a verdict for defendants.)

Claim 6    Yes ____✓____    No _____

Claim 15   Yes ____✓____    No _____

Claim 16   Yes ____✓____    No _____

Claim 53   Yes ____✓____    No _____

Claim 54   Yes ____✓____    No _____

Claim 62   Yes ____✓____    No _____

(b)  Have plaintiffs proved, by a preponderance of the evidence, that defendants' Disaccharide Building Block ("DBB") procedure infringes the asserted claims of the '886 patent? ("Yes" is a verdict for plaintiffs and "No" is a verdict for defendants.)

Claim 6    Yes  ___✓___        No  _____

Claim 15   Yes  ___✓___        No  _____

Claim 16   Yes  ___✓___        No  _____

Claim 53   Yes  ___✓___        No  _____

Claim 54   Yes  ___✓___        No  _____

Claim 62   Yes  ___✓___        No  _____

**[If you answer "Yes" as to any of the claims in Questions 1(a)** ~~OR and~~ **1(b) continue to Question 2.  If you answer "No" as to all the claims in Questions 1(a) and 1(b), continue to Question 4.]**

## 2.  <u>Patent Validity</u>

With respect to the following four grounds for patent invalidity, have defendants proved, by clear and convincing evidence, that any of the asserted claims of the '886 patent is invalid?  ("Yes" is a verdict for defendants and "No" is a verdict for plaintiffs.)

### A. Anticipation



Claim 6    Yes  _____        No  ___✓___

Claim 15   Yes  _____        No  ___✓___

Claim 16   Yes  _____        No  ___✓___

Claim 53   Yes  _____        No  ___✓___

Claim 54   Yes  _____        No  ___✓___

Claim 62   Yes  _____        No  ___✓___

-2-

**B. Obviousness**

| | | |
|---|---|---|
| Claim 6 | Yes _____ | No __✓_____ |
| Claim 15 | Yes _____ | No __✓_____ |
| Claim 16 | Yes _____ | No __✓_____ |
| Claim 53 | Yes _____ | No __✓_____ |
| Claim 54 | Yes _____ | No __✓_____ |
| Claim 62 | Yes _____ | No __✓_____ |

**C. Lack of Enablement**

| | | |
|---|---|---|
| Claim 6 | Yes __✓_____ | No _____ |
| Claim 15 | Yes __✓_____ | No _____ |
| Claim 16 | Yes __✓_____ | No _____ |
| Claim 53 | Yes __✓_____ | No _____ |
| Claim 54 | Yes __✓_____ | No _____ |
| Claim 62 | Yes __✓_____ | No _____ |

**D. Lack of Written Description**

| | | |
|---|---|---|
| Claim 6 | Yes __✓_____ | No _____ |
| Claim 15 | Yes __✓_____ | No _____ |
| Claim 16 | Yes __✓_____ | No _____ |
| Claim 53 | Yes __✓_____ | No _____ |
| Claim 54 | Yes __✓_____ | No _____ |
| Claim 62 | Yes __✓_____ | No _____ |

[If you answer "Yes" with respect to any of the patent claims in Questions 1(a) or 1(b) (infringement) and "No" with respect to any of those same patent claims in Question 2 (not invalid), proceed to Question 3. Otherwise proceed to Question 4.]

3.  **Damages**

(a)  What amount of money, if any, do you award plaintiffs, for lost profits due to the infringement?

          Zero                (words)

        $   0           (numbers)

[If you find in Question 3(a) that plaintiffs have not proved lost profits for all of the infringing sales or a portion of the infringing sales, answer Question 3(b). If you have determined that plaintiffs are entitled to lost profits for all of the infringing sales, proceed to Question 4.]

(b)  What amount of money, if any, do you award plaintiffs, for reasonable royalties due to the infringement?

          Zero                (words)

        $   0           (numbers)

**4.   Enforceability**

**(a)   15-25% Procedures**

1) Do the 15-25% procedures comply with USP <207>?

Yes ____✓____          No _____

**[If you answer Question 4(a)(1) "Yes", answer Questions 4(a)(2) and 4(a)(3).  If you answer Question 4(a)(1) "No", proceed to Question 4(b).]**

2) Have defendants proved, by clear and convincing evidence, that plaintiffs have waived their right to recover for infringement of the '886 patent with respect to the 15-25% procedures?  ("Yes" is a verdict for defendants and "No" is a verdict for plaintiffs.)

Yes ____✓____          No _____

3) Have defendants proved, by a preponderance of the evidence, that plaintiffs are estopped from enforcing the '886 patent with respect to the 15-25% procedures?  ("Yes" is a verdict for defendants and "No" is a verdict for plaintiffs.)

Yes ____✓____          No _____

**(b)   Disaccharide Building Block ("DBB") Procedure**

1) Does the DBB procedure comply with USP <207>?

Yes ____✓____          No _____

**[If you answer Question 4(b)(1) "Yes", answer Questions 4(b)(2) and 4(b)(3).  If you answer Question 4(b)(1) "No", your deliberations are complete.]**

2) Have defendants proved, by clear and convincing
   evidence, that plaintiffs have waived their right to
   recover for infringement of the '886 patent with
   respect to the DBB procedure?  ("Yes" is a verdict
   for defendants and "No" is a verdict for
   plaintiffs.)

       Yes __✓____        No _____

3) Have defendants proved, by a preponderance of the
   evidence, that plaintiffs are estopped from
   enforcing the '886 with respect to the DBB
   procedure?  ("Yes" is a verdict for defendants and
   "No" is a verdict for plaintiffs.)

       Yes __✓____        No _____

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON WILL SIGN THE
VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS
COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL.
THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS
VERDICT.

Dated: __7/21/2017__     Jury Foreperson: _____