UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOMENTA PHARMACEUTICALS, INC. and SANDOZ INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No.:  1:11-cv-11681-NMG ) |
| AMPHASTAR PHARMACEUTICALS, INC., and INTERNATIONAL MEDICATION SYSTEMS, LTD., | ) ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF ROBERT A. DELAFIELD, II IN SUPPORT OF DEFENDANTS' MOTION TO ENFORCE LIABILITY ON THE BONDS FOR DAMAGES ARISING FROM THE WRONGFULLY-ISSUED PRELIMINARY INJUNCTION**

I, Robert A. Delafield, II, declare as follows:

1. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel or defendant Amphastar Pharmaceuticals, Inc. and International Medication Systems, Ltd. (collectively, "Amphastar") in the above-captioned action.

2. I submit this declaration in support of Defendants' Motion to Enforce Liability on the Bonds for Damages Arising from the Wrongfully-Issued Preliminary Injunction.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Jesse David, Ph.D., dated February 16, 2017.

4. Attached hereto as Exhibit 2 are true and correct copies of excerpts from the July18, 2017 Trial Transcript.

5. Attached hereto as Exhibit 3 is a true and correct copy of Amphastar Pharmaceuticals, Inc.'s Form S-1, dated February 11, 2005.

1

6. Attached hereto as Exhibit 4 is a true and correct copy of a document bearing Bates numbers Watson 000001 – Watson 000035.

7. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from a document bearing Bates numbers WATSON 014901 – WATSON 015039.

8. Attached hereto as Exhibit 6 is a true and correct copy of Drugs@FDA: FDA Approved Drug Products for ANDA No. 076684.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Second Supplemental Declaration of Jacob Liawatidewi, dated June 22, 2012.

10. Attached hereto as Exhibit 8 are true and correct copies of excerpts from a document bearing Bates numbers Amphastar 004865 – Amphastar 5091.

11. Attached hereto as Exhibit 9 are true and correct copies of excerpts from a document bearing Bates numbers Amphastar 004482 – Amphastar 004529.

12. Attached hereto as Exhibit 10 is a true and correct copy of a document bearing Bates numbers Amphastar 004530 – Amphastar 004547.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Jacob Liawatidewi in Support of Defendants' Motion to Enforce Liability on the Bonds for Damages Arising from the Wrongfully-Issued Temporary Restraining Order and Preliminary Injunction, dated December 6, 2013.

14. Attached hereto as Exhibit 12 is a true and correct copy of Complaint for Violations of the Sherman Act; Violations of the Cartwright Act; Unfair Business Practices, filed in the *Amphastar Pharmaceuticals, Inc., et al. v. Momenta Pharmaceuticals, Inc., et al.* matter, case no. 5:15-cv-01914 (C.D. Cal.), filed September 17, 2015.

15. Attached hereto as Exhibit 13 is a true and correct copy of a press release, "Watson Confirms Court Stays Preliminary Injunction," dated January 26, 2012.

16. Attached hereto as Exhibit 14 is a true and correct copy of a document bearing Bates number Amphastar 004578.

17. Attached hereto as Exhibit 15 is a true and correct copy of a document bearing Bates numbers Amphastar 004420 – Amphastar 004481.

18. Attached hereto as Exhibit 16 is a true and correct copy of a document bearing Bates numbers Amphastar 004755 – Amphastar 004758.

19. Attached hereto as Exhibit 17 is a true and correct copy of a document bearing Bates number Amphastar 004771.

20. Attached hereto as Exhibit 18 is a true and correct copy of a document bearing Bates number Amphastar 051134.

21. Attached hereto as Exhibit 19 is a true and correct copy of the Expert Report of Mohan Rao, Ph.D., dated January 16, 2017.

22. Attached hereto as Exhibit 20 is a true and correct copy of an excerpt from a document bearing Bates numbers Amphastar 005092 – Amphastar 005126.

23. Attached hereto as Exhibit 21 is a true and correct copy of a document bearing Bates number Amphastar 004575.

24. Attached hereto as Exhibit 22 is a true and correct copy of a document bearing Bates number Amphastar 119442.

25. Attached hereto as Exhibit 23 is a true and correct copy of a document bearing Bates number Amphastar 119440.

26. Attached hereto as Exhibit 24 is a true and correct copy of a document bearing Bates numbers AMPHASTAR-003930 – AMPHASTAR-003982.

27. Attached hereto as Exhibit 25 is a true and correct copy of a document bearing Bates numbers AMPH-FCA006849 – AMPH-FCA006873.

28. Attached hereto as Exhibit 26 is a true and correct copy of "HSRN Data Brief: National Sales Perspectives," released by IMS Institute.

29. Attached hereto as Exhibit 27 are true and correct copies of excerpts from a document bearing Bates numbers WATSON 014901 – WATSON 015039.

30. Attached hereto as Exhibit 28 is a true and correct copy of a document bearing Bates number AMPH-FCA006930.

31. Attached hereto as Exhibit 29 is a true and correct copy of a document beating Bates number AMPH-FCA006933.

32. Attached hereto as Exhibit 30 is a true and correct copy of a document bearing Bates number AMPH-FCA006935.

33. Attached hereto as Exhibit 31 is a true and correct copy of a document bearing Bates number AMPH-FCA006939.

34. Attached hereto as Exhibit 32 is a true and correct copy of a document bearing Bates numbers AMPH-FCA006941.

35. Attached hereto as Exhibit 33 is a true and correct copy of a document bearing Bates numbers ACTAVIS-001368 – ACTAVIS-001369.

36. Attached hereto as Exhibit 34 is a true and correct copy of a document bearing Bates number ACTAVIS-001380.

37. Attached hereto as Exhibit 35 is a true and correct copy of a document bearing Bates number ACTAVIS-001381.

38. Attached hereto as Exhibit 36 is a true and correct copy of a document bearing Bates numbers ACTAVIS-001382 – ACTAVIS-001383.

39. Attached hereto as Exhibit 37 is a true and correct copy of a document bearing Bates number ACTAVIS-001384.

40. Attached hereto as Exhibit 38 is a true and correct copy of a document bearing Bates numbers ACTAVIS-001385 – ACTAVIS-001386.

41. Attached hereto as Exhibit 39 is a true and correct copy of a document bearing Bates numbers ACTAVIS-001387 – ACTAVIS-001389.

42. Attached hereto as Exhibit 40 is a true and correct copy of a document bearing Bates numbers ACTAVIS-001390 – ACTAVIS-001391.

43. Attached hereto as Exhibit 41 is a true and correct copy of "WACC for Amphastar Pharmaceuticals (AMPH)."

44. Attached hereto as Exhibit 42 is a true and correct copy "FRED Monthly Prime Rates."

45. Attached hereto as Exhibit 43 is a true and correct copy of Wells Fargo Securities, Equity Research – Amphastar Pharmaceuticals, Inc., "AMPH: Stellar Pipeline-Driven Growth Ahead," dated February 19, 2016.

46. Attached hereto as Exhibit 44 is a true and correct copy of BMO Capital Markets Specialty Pharmaceuticals – Amphastar Pharmaceuticals, "Need Better Pipeline Visibility Before Becoming More Constructive; Initiating Coverage at Market Perform," dated June 28, 2016.

47. Attached hereto as Exhibit 45 is a true and correct copy of a document bearing Bates number SANDOZ-AM0252752.

48. Attached hereto as Exhibit 46 is a true and correct copy of a document "Enoxaparin Transactions 2010."

49. Attached hereto as Exhibit 47 are true and correct copies of excerpts from the Expert Report of Gregory K. Bell, Ph.D., dated January 16, 2017.

50. Attached hereto as Exhibit 48 is a true and correct copy of Plaintiffs' Trial Exhibit 1708 entitled "Updated Summary of Mohan Rao's Damages Calculations" dated July 1, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2018

                                                        /s/Robert A. Delafield II_____
                                                        Robert A. Delafield II

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on March 23, 2018.

                                            /s/ Robert A. Delafield II